Kyle B. Fleming (California Bar No. 166386)
**kfleming**@rennerotto.com
Mark C. Johnson (*pro hac vice* to be filed)
mjohnson@rennerotto.com
**RENNER OTTO**
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
Telephone: +1 (216) 621-1113
Facsimile: +1 (216) 621-6165

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENZHEN DEWEILI TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br>v.<br><br>ALORAIR SOLUTIONS, INC., ABESTORM, BASEAIRE; ARGENDON, ALORTEC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 23-2410<br><br>COMPLAINT FOR PATENT INFRINGEMENT<br><br>TRIAL DATE: |

Plaintiff Shenzhen Deweili Technology Co., Ltd. ("Plaintiff"), for its complaint against Defendants AlorAir Solutions, Inc., Abestorm, BaseAire, Argendon, and AlorTec and DOES 1 through 10, inclusive (collectively, "Defendants"), allege as follow:

1

## JURISDICTION AND VENUE

1. This is an action involving claims of patent infringement under Title 35, United State Code. The Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 1338(a).

2. Venue is proper with this Court pursuant to 28 U.S.C. §§ 1440 and 1391(c). On information and belief, Defendants reside in this judicial district because, *inter alia*, they are subject to person jurisdiction in this judicial district, and have committed acts of infringement and have a regular and established place of business in this judicial district.

## THE PARTIES

3. Plaintiff Shenzhen Deweili Technology Co., Ltd. is an entity organized under the laws of the People's Republic of China.

4. On information and belief, AlorAir Solutions Inc. ("AlorAir") is a California corporation with a registered places of business at 14752 Yorba Ct., Chino, California, and a further listed place of business at 2048 East Francis St., Ontario, California. AlorAir operates, in part, under the alorair.com, thedryair.com, and aloraircrawlspace.com websites.

5. On information and belief Abestorm is a division, affiliate, agent, unincorporated entity, trademark, or alias or AlorAir, or is controlled by or under common control of AlorAir. Abestorm operates, in part, under the abestorm.com website and lists an address at 14752 Yorba Ct., Chino, California. The California Secretary of State's website lists no entity named "Abestorm" nor does it appear on the website index of San Bernadino County fictitious business names.

6. On information and belief BaseAire is a division, affiliate, agent, unincorporated entity, trademark, or alias or AlorAir, or is controlled by or under common control of AlorAir. BaseAire operates, in part, under the baseaire.com website and its Contact-Us page lists an address at 14752 Yorba Ct., Chino, California. The California Secretary of State's website lists no entity named "BaseAire" nor does it appear on the website index of San Bernadino County fictitious business names.

7. On information and belief Argendon is a division, affiliate, agent, unincorporated entity, trademark, or alias or AlorAir, or is controlled by or under common control of AlorAir. Argendon operates, in part, under the argendon.com website, which Privacy Policy states that they may be contacted at sales@aloraircrowlspace.com (an AlorAir website). The California Secretary of State's website lists no entity named "Argendon" nor does it appear on the website index of San Bernadino County fictitious business names.

8. On information and belief AlorTec is a division, affiliate, agent, unincorporated entity, trademark, or alias or AlorAir, or is controlled by or under common control of AlorAir. AlorTec operates, in part, under the alortec.com website which lists its address at 2048 East Francis St., Ontario CA, and identifies AlorAir and BaseAire as related entities at the same address. The California Secretary of State's website lists no entity named "AlorTec" nor does it appear on the website index of San Bernadino County fictitious business names.

9. The true names and capacities, whether individual, corporate, associate, or otherwise, of defendants Does 1 through 10, inclusive, are unknown to Plaintiff, which therefore sues said defendants by such fictitious names. Plaintiff

2

1  will seek leave of this Court to amend this Complaint to include their proper names
2  and capacities when they have been ascertained. Plaintiff is informed and believes,
3  and based thereon alleges, that each of the fictitiously named defendants
4  participated in and is in some manner responsible for the acts described in this
5  Complaint and the damage resulting therefrom.

## THE PATENTS

10. Plaintiff is the assignee and sole owner of all rights and title in and to U.S. Design Patent No. D981,670 ("the D'670 patent") titled "Wood Dust Collector" and issued on March 21, 2023. A true and correct copy of the '670 patent is attached as Exhibit A. A sample Figure from the patented design is depicted below:



FIG.1

11. Plaintiff is the assignee and sole owner of all rights and title in and to U.S. Design Patent No. D997,333 ("the D'333 patent") titled "Ventilator" and issued on August 29, 2023. A true and correct copy of the '333 patent is attached as Exhibit B. Sample Figures from the patented design are depicted below:

3



FIG.1          FIG.2

12. Plaintiff is the assignee and sole owner of all rights and title in and to U.S. Design Patent No. D1,001,256 ("the D'256 patent") titled "Dehumidifier" and issued on October 10, 2023. A true and correct copy of the D'256 patent is attached as Exhibit C. Sample Figures from the patented design are depicted below:



13. The D'670 patent, the D'333 patent, and the D'256 patent are collectively referred to as "Plaintiff's Patents."

4

# DEFENDANTS' INFRINGING PRODUCTS

14. Defendants are offering for sale and selling in the United States, including, *e.g.*, on amazon.com and on some or all of the aforementioned websites, products that infringe one of Plaintiff's Patents.

15. For example, Defendants are offering the following designs of dehumidifier products:

| Brand | Amazon ASIN | Model | Product Image |
|---|---|---|---|
| AlorAir | B0BS41L689 | Sentinal HD35P | |
| AlorAir | B0BYH7YH7B | HS35 | |

5

| Brand | Amazon ASIN | Model | Product Image |
|---|---|---|---|
| Abestorm | B0BR7VRYTG | SN35P | |
| Baseaire | B0BSBG61ZD | AirWerx 35P | |
| Baseaire | B0CJ2948RK | | |

RENNER OTTO
1621 EUCLID AVE., FLOOR 19
CLEVELAND, OHIO 44115 U.S.A.

| Brand | Amazon ASIN | Model | Product Image |
|---|---|---|---|
| Argendon | B0CF3KSNVC | Shield 35M | |
| Argendon | B0CF4C87BF | | |

16. For example, Defendants are offering the following designs of ventilation products:

| Brand | Amazon ASIN | Model | Product Image |
|---|---|---|---|
| AlorAir | B0BNKZ2VBG | VentirPro 260 | |

7

| Brand | Amazon ASIN | Model | Product Image |
|---|---|---|---|
| AlorAir | B0BWPQPPZ7 | VentirPro 260S | |
| Abestorm | B0BNHMBLJ6 | NeatyFresh 260 | |
| Abestorm | B0BXB22145 | NeatyFresh 260S | |

17. For example, Defendants are offering the following designs of dehumidifier products:

| Brand | Amazon ASIN | Model | Product Image |
|---|---|---|---|
| AlorAir | B0BND3NMKP | Purecare 1350IG | |
| AlorAir | B0BND4BFTM | Purecare 1350 | |
| Abestorm | B0C14YX6WG | DecDust 1350IG | |
| Abestorm | B0C14Y96QS | DecDust 1350 | |

| Brand | Amazon ASIN | Model | Product Image |
|---|---|---|---|
| Abestorm | B0BPP6DS4W | DecDust 1350 | |
| Abestorm | B0BPP9HJH1 | DecDust1350IG | |

## COUNT ONE

### (Infringement Of The D'256 Patent)

18. Plaintiff incorporates the preceding paragraphs as though fully set forth herein.

19. The D'256 patent shows and claims an ornamental design for a dehumidifier as depicted in Exhibit A.

20. Defendants are making, using, selling, offering for sale, and/or importing into the United States, one or more dehumidifiers, including but limited to those identified above, such that an ordinary observer familiar with the prior art designs would be deceived into believing are the same as the patented design of the D'256 patent.

21. Upon information and belief, by the infringing acts, Defendants have made and will continue to make substantial profits and gains to which they are not entitled in law or equity.

22. Upon information and belief, Defendants intend to continue its infringing acts unless restrained by this Court.

23. Defendants' respective conduct has damaged and will continue to damage Plaintiff, Plaintiff is suffering irreparable harm, Plaintiff has no adequate remedy at law, the balance of hardships between the parties warrants a remedy in equity; and the public interest would not be disserved by an injunction.

## COUNT TWO

### (Infringement Of The D'333 Patent)

24. Plaintiff incorporates the preceding paragraphs as though fully set forth herein.

25. The D'333 patent shows and claims an ornamental design for a ventilator as depicted in Exhibit B.

26. Defendants are making, using, selling, offering for sale, and/or importing into the United States, one or more ventilators, including but limited to those identified above, such that an ordinary observer familiar with the prior art designs would be deceived into believing are the same as the patented design of the D'333 patent.

27. Upon information and belief, by the infringing acts, Defendants have made and will continue to make substantial profits and gains to which they are not entitled in law or equity.

28. Upon information and belief, Defendants intend to continue its infringing acts unless restrained by this Court.

29. Defendants' respective conduct has damaged and will continue to damage Plaintiff, Plaintiff is suffering irreparable harm, Plaintiff has no adequate remedy at law, the balance of hardships between the parties warrants a remedy in equity; and the public interest would not be disserved by an injunction.

## COUNT THREE

### (Infringement Of The D'670 Patent)

30. Plaintiff incorporates the preceding paragraphs as though fully set forth herein.

31. The D'670 patent shows and claims an ornamental design for a wood dust collector as depicted in Exhibit C.

32. Defendants are making, using, selling, offering for sale, and/or importing into the United States, one or more wood dust collectors, including but limited to those identified above, such that an ordinary observer familiar with the prior art designs would be deceived into believing are the same as the patented design of the D'670 patent.

33. Upon information and belief, by the infringing acts, Defendants have made and will continue to make substantial profits and gains to which they are not entitled in law or equity.

34. Upon information and belief, Defendants intend to continue its infringing acts unless restrained by this Court.

35. Defendants' respective conduct has damaged and will continue to damage Plaintiff, Plaintiff is suffering irreparable harm, Plaintiff has no adequate

12

Renner Otto
1621 Euclid Ave., Floor 19
Cleveland, Ohio 44115 U.S.A.

remedy at law, the balance of hardships between the parties warrants a remedy in equity; and the public interest would not be disserved by an injunction.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

A. enter an injunction ordering that each Defendant, its agents, servants, employees, and all other persons in privity or acting in concert with them be enjoined and restrained from making, using, selling, offering for sale, or importing to the United States any product infringing the Plaintiff's Patents' designs or colorable imitations thereof;

B. order an accounting by Defendants of all gains, profits and advantages derived from its wrongful acts;

C. award Plaintiff all of Defendants' respective profits and all damages sustained by Plaintiff as a result of each Defendant's wrongful acts and such other compensatory damages as the Court determines to be fair and appropriate pursuant to the patent laws;

D. award Plaintiff its costs of this action, together with reasonable attorneys and investigators' fees and pre-judgment interest in accordance with the patent laws;

E. award Plaintiff damages in an amount to be determined at trial, together with pre-judgment and post-judgment interest thereon; and

F. award such other and further relief as the Court deems just and equitable.

/

/

/

DATED this 28th day of November 2023.

**RENNER OTTO**
KYLE B. FLEMING
MARK C. JOHNSON

*/s/ Kyle B. Fleming*
Kyle B. Fleming

*Attorneys for Plaintiff*