JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHENZHEN DEWEILI TECHNOLOGY CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> ALORAIR SOLUTIONS, INC., ABESTORM, BASEAIRE, ARGENDON, ALORTEC, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 5:23-cv-02410-JWH-RAOx <br><br> **JUDGMENT** |

Pursuant to the "Order Denying Defendant's Motion to Amend [ECF No. 34] and Dismissing Action" filed substantially contemporaneously herewith, and in accordance with Rules 12(h)(3) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. The operative pleading is the Complaint [ECF No. 1] of Plaintiff Shenzhen Deweili Technology Co., Ltd.

2. Defendants Abestorm, BaseAire, Argendon, AlorTec, and Does 1-10 were **DISMISSED** on or about September 13, 2024.

3. Plaintiff's Complaint is **DISMISSED for lack of jurisdiction**.

4. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 28, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE